UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

CHARTER TOWNSHIP OF CLINTON POLICE
AND FIRE RETIREMENT SYSTEM, Individually
and On Behalf of All Others Similarly Situated,

                                 Plaintiff,

                 vs.

KKR FINANCIAL HOLDINGS LLC, SATURINO
S. FANLO, DAVID A. NETJES, JEFFREY B.
VAN HORN, PAUL M. HAZEN, R. GLENN
HUBBARD, ROSS J. KARI, WILLIAM F.
ALDINGER, SCOTT C. NUTTALL, ELY L.
LICHT, DEBORAH H. McANENY, VINCENT
PAUL FINIGAN, TRACY COLLINS and WILLY
STROTHOTTE,

                                 Defendants.

-------------------------------------------------------------x

Via ECF

Case No.: 08-CIV-7062 (GEL)

**DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULE OF
CIVIL PROCEDURE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned

counsel of record for Defendants KKR Financial Holdings LLC, Saturnino S. Fanlo (sued herein

as Saturino S. Fanlo), David A. Netjes, Jeffrey B. Van Horn, Paul M. Hazen, R. Glenn Hubbard,

Ross J. Kari, William F. Aldinger, Scott C. Nuttall, Ely L. Licht, Deborah H. McAneny, Vincent

Paul Finigan, Tracy Collins and Willy Strothotte (collectively, "Defendants") in this action

certifies as follows:

KKR Financial Holdings LLC is a publicly held corporation.  No publicly held

corporation owns 10 percent or more of KKR Financial Holdings LLC's stock.

Dated:  New York, New York
        August 15, 2008

                      SIMPSON THACHER & BARTLETT LLP

                      By _____

                       Michael J. Chepiga (mchepiga@stblaw.com)
                       Lynn K. Neuner (lneuner@stblaw.com)
                       425 Lexington Avenue
                       New York, New York  10017-3954
                       Telephone:  (212) 455-2000
                       Facsimile:  (212) 455-2502

                       *Counsel for Defendants*