UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
CHARTER TOWNSHIP OF CLINTON POLICE : 
AND FIRE RETIREMENT SYSTEM, Individually :
and On Behalf of All Others Similarly Situated, :
: <u>Via ECF</u>
:
      Plaintiff, :
:
:
   vs. :
:
:
KKR FINANCIAL HOLDINGS LLC, SATURINO : Case No.: 08-CIV-7062 (GEL)
S. FANLO, DAVID A. NETJES, JEFFREY B. :
VAN HORN, PAUL M. HAZEN, R. GLENN :
HUBBARD, ROSS J. KARI, WILLIAM F. :
ALDINGER, SCOTT C. NUTTALL, ELY L. :
LICHT, DEBORAH H. McANENY, VINCENT :
PAUL FINIGAN, TRACY COLLINS and WILLY :
STROTHOTTE, :
:
      Defendants. :
-------------------------------------------------------------------x

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

   PLEASE TAKE NOTICE that Amiad M. Kushner, Esq., a member of this Court in good standing, respectfully enters his appearance as counsel for defendants KKR Financial Holdings LLC, Saturnino S. Fanlo (sued herein as Saturino S. Fanlo), David A. Netjes, Jeffrey B. Van Horn, Paul M. Hazen, R. Glenn Hubbard, Ross J. Kari, William F. Aldinger, Scott C. Nuttall, Ely L. Licht, Deborah H. McAneny, Vincent Paul Finigan, Tracy Collins and Willy Strothotte (collectively, "Defendants") in this action and also has been designated to accept

service of all pleadings, notices, filings, correspondence and other papers relating to this action on behalf of Defendants.

Dated:  August 19, 2008

Respectfully submitted,

_____
Amiad M. Kushner (akushner@stblaw.com)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York  10017-3954
Telephone:  (212) 455-2000
Facsimile:  (212) 455-2502

*Counsel for Defendants*