USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/18/10

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X
CHARTER TOWNSHIP OF CLINTON
POLICE AND FIRE RETIREMENT SYSTEM,
Individually and On behalf of All Others
Similarly Situated,

Plaintiff,

-against-

KKR FINANCIAL HOLDINGS LLC, et al.,

Defendants.
---------------------------------------------------------X

08 **CIVIL** 7062 (PAC)

**JUDGMENT**

Defendants having moved to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Paul A. Crotty, United States District Judge, and the Court, on November 17, 2010, having rendered its Opinion and Order granting Defendants' motion to dismiss the Amended Complaint, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 17, 2010, defendants' motion to dismiss the Amended Complaint is granted; accordingly, the case is closed.

**Dated:** New York, New York
November 18, 2010

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:**

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 11/18/10